UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR RODELAS,<br>        Petitioner,<br>   v.<br>ERIC ARNOLD, Warden,<br>        Respondent. | Case No. 14-cv-05017-JST (PR)<br><br>**ORDER LIFTING STAY; REOPENING CASE; TO SHOW CAUSE**<br><br>Re: Dkt. No. 5 |

Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 setting forth two claims challenging the constitutionality of his state court conviction. His motion to stay the case to allow him to exhaust the claims in state court was granted. He has filed a notice that he has exhausted the claims in which he requests that the stay be lifted and that he be allowed to proceed with the petition.

The Court previously found the two claims, when liberally construed, to be cognizable. See Dkt. No. 4.

For the foregoing reasons and for good cause shown:

1. The stay is LIFTED. The Clerk shall reopen the file.

2. The Clerk shall mail a copy of this order and the petition with all attachments to the respondent and the respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on petitioner.

3. Respondent shall file with the Court and serve on petitioner, within **ninety-one (91) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state

1  trial record that have been transcribed previously and that are relevant to a determination of the
2  issues presented by the petition.

3  If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
4  Court and serving it on respondent within **thirty-five (35) days** of the date the answer is filed.

5  4. Respondent may file, within **ninety-one (91) days**, a motion to dismiss on procedural
6  grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules
7  Governing Section 2254 Cases.  If respondent files such a motion, petitioner shall file with the
8  Court and serve on respondent an opposition or statement of non-opposition within **twenty-eight**
9  **(28) days** of the date the motion is filed, and respondent shall file with the Court and serve on
10 petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

11 5. Petitioner is reminded that all communications with the Court must be served on
12 respondent by mailing a true copy of the document to respondent's counsel.  Petitioner must keep
13 the Court informed of any change of address and must comply with the Court's orders in a timely
14 fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute pursuant
15 to Federal Rule of Civil Procedure 41(b).  See Martinez v. Johnson, 104 F.3d 769, 772 (5th Cir.
16 1997) (Rule 41(b) applicable in habeas cases).

17 6. Upon a showing of good cause, requests for a reasonable extension of time will be
18 granted provided they are filed on or before the deadline they seek to extend.

19 This order terminates Docket No. 5.

20 **IT IS SO ORDERED.**

21 Dated: April 17, 2015

_____
JON S. TIGAR
United States District Judge

2